# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CRIMINAL ACTION |
| v. | ) ) | No. 07-20090-02-KHV |
| TONY WASHINGTON, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Defendant's unopposed Motion To Withdraw First Step Act Motion Without Prejudice (Doc. #412) filed May 30, 2019 is **SUSTAINED for substantially the reasons stated in the motion**. Defendant's pro se Motion For Sentence Reduction Pursuant To 18 U.S.C. § 3582(c)(2) (Doc. #400) filed February 22, 2019 is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated this 19th day of June, 2019 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge